**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Alexis Reynolds aka Alexis Turner<br>&<br>Ty-Alter Reynolds<br>　　　　　　Debtors | CHAPTER 13<br><br>BKY. NO. 18-17773 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

          Respectfully submitted,
          **/s/ Rebecca A. Solarz, Esq**
          Rebecca A Solarz, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322