IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **Ty-Alter Reynolds** | : | CHAPTER:  13 |
| **Alexis Reynolds** | : | |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **18-17773-mdc** |

## CERTIFICATE OF NO OPPOSITION

I, Michael D. Sayles, hereby certify that there was no opposition filed by parties listed on Certificate of Service to Counsel's Application for Compensation.

Respectfully Submitted,

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtors
427 W. Cheltenham Avenue
Suite #2
Elkins Park, PA  19027
215-635-2270 (phone)
215-424-1263 (fax)

Dated: **November 12, 2019**