United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ty-Alter Reynolds
Alexis Reynolds
          Debtors

Case No. 18-17773-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jan 21, 2020
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14236441      +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 03:37:46      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    attn: Valerie Smith,    PO Box 41021,
               Norfolk, VA 23541-1021
                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
          LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
          dmaurer@pkh.com;mgutshall@pkh.com
          MICHAEL D. SAYLES    on behalf of Joint Debtor Alexis  Reynolds midusa1@comcast.net,
          michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          MICHAEL D. SAYLES    on behalf of Debtor Ty-Alter  Reynolds midusa1@comcast.net,
          michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA  Inc
          ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                      TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-17773-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Ty-Alter Reynolds
4662 Horrocks Street
Philadelphia PA 19124

Alexis Reynolds
4662 Horrocks Street
Philadelphia PA 19124

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/17/2020.

Name and Address of Alleged Transferor(s):

Claim No. 26: Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541

Name and Address of Transferee:

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC
29603-0587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/23/20

Tim McGrath
**CLERK OF THE COURT**