UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Ty-Alter Reynolds**           )       Chapter 13
     **Alexis Reynolds**              )
                                     )
     Debtor                          )
                                     )       Bankruptcy No.: **18-17773**

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

|   |   |
|---|---|
| Total fee award: | $3,031.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$2,531.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated: February 28, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Copies to:

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue
Elkins Park, PA  19027

William Miller, Esquire
PO Box 40119
Philadelphia, PA  19106