*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ty−Alter Reynolds and Alexis Reynolds
    Debtor(s)

Case No: 18−17773−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*\*
Motion to Modify Plan Post Confirmation</i> Filed by Alexis Reynolds, Ty−Alter Reynolds Represented by MICHAEL D. SAYLES

on: 8/19/21

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 8/4/21

For The Court

Timothy B. McGrath
Clerk of Court