UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Ty-Alte Reynolds**          :          CHAPTER 13
      **Alexis Reynolds**          :
                                                :
DEBTOR                                  :
                                                :          BANKRUPTCY NO.: **18-17773/mdc**

# ORDER OF COURT

**AND NOW**, this ____23rd____ day of ____September____ 2021, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge