UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Ty-Alte Reynolds**  :  CHAPTER 13
      **Alexis Reynolds**  :
       :
DEBTOR  :
       :  BANKRUPTCY NO.: **18-17773/mdc**

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing Supplemental Application for Compensation for services performed after confirmation of chapter 13 plan, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $750.00 |
| Amounts already paid by Debtor: | $-0- |
| Total amount of award: | **$750.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated: October 20, 2021