**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                                Chapter 13

                                                Bankruptcy No. 18-17773-MDC

TY-ALTER REYNOLDS
ALEXIS REYNOLDS
4662 HORROCKS STREET

PHILADELPHIA, PA 19124

       Debtor

## **CERTIFICATE OF SERVICE**

     **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TY-ALTER REYNOLDS
    ALEXIS REYNOLDS
    4662 HORROCKS STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    MICHAEL SAYLES, ESQUIRE
    427 W CHELTENHAM AV
    SUITE #2
    ELKINS PARK, PA 19027-

                                                          /S/ Kenneth E. West

Date: 9/27/2022                                       _____

                                                          Kenneth E. West, Esquire
                                                          Chapter 13 Standing Trustee