# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17773-MDC

TY-ALTER REYNOLDS
ALEXIS REYNOLDS
4662 HORROCKS STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TY-ALTER REYNOLDS
    ALEXIS REYNOLDS
    4662 HORROCKS STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    MICHAEL SAYLES, ESQUIRE
    427 W CHELTENHAM AV
    SUITE #2
    ELKINS PARK, PA 19027-

Date: 2/23/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee