**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                           Chapter 13
TY-ALTER REYNOLDS
ALEXIS REYNOLDS

                    Debtor               Bankruptcy No. 18-17773-MDC

# **O R D E R**

**AND NOW**, this \_\_\_20th\_\_\_ day of \_\_\_July\_\_\_, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
MICHAEL SAYLES, ESQUIRE
427 W CHELTENHAM AV
SUITE #2
ELKINS PARK, PA 19027-

Debtor:
TY-ALTER REYNOLDS
ALEXIS REYNOLDS
4662 HORROCKS STREET

PHILADELPHIA, PA 19124