UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
TY-ALTER REYNOLDS  
ALEXIS REYNOLDS

Chapter 13

Debtor

Bankruptcy No. 18-17773-MDC

# O R D E R

**AND NOW**, this ___20th___ day of ___July___, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Magdeline D. Coleman  
Chief Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
MICHAEL SAYLES,  
ESQUIRE 427 W  
CHELTENHAM AV  
SUITE #2  
ELKINS PARK, PA 19027-

Debtor:  
TY-ALTER REYNOLDS  
ALEXIS REYNOLDS  
4662 HORROCKS STREET

PHILADELPHIA, PA 19124