UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :          Chapter 13

**Ty-Alter Reynolds AND:**

**Alexis Reynolds *aka* Alexis Turner**

                                                  :

Debtor.                                     :          Bankruptcy No.  **18-17773-mdc**

# O R D E R

**AND NOW**, it is hereby **ORDERED** that the Court entered an Order Dismissing Case on July 20, 2023, erroneously.   The Trustee's motion to dismiss is rescheduled to August 24, 2023 at 11:00 a.m.

The ORDER is hereby **VACATED**.

**AND**, the above bankruptcy case is **REINSTATED**.

Dated:   July 27, 2023

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Michael D. Sayles, Esq.
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

**Ty-Alter Reynolds**
**Alexis Reynolds *aka* Alexis Turner**
4662 Horrocks Street
Philadelphia, PA 19124