Imaged Certificate of Notice   Page 1 of 8

United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 18-17773-mdc |
|---|---|
| Ty-Alter Reynolds | Chapter 13 |
| Alexis Reynolds | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 7
Date Rcvd: Jul 26, 2023   Form ID: pdf900   Total Noticed: 104

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ty-Alter Reynolds, Alexis Reynolds, 4662 Horrocks Street, Philadelphia, PA 19124-3117 |
| 14235641 | + | Accounts Recovery Bureau, PO Box 41309, Dept 310, Nashville, TN 37204-1309 |
| 14235640 | | Accounts Recovery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 14235644 | | AlliedInterstate, PO Box 1954, Southgate, MI 48195-0954 |
| 14610248 | + | Ally Bank, c/o Regina Cohen, Esq., Lavin Cedrone Graver Boyd DiSipio, 190 North Independence Mall West, 6th &, Philadelphia, PA 19106-1554 |
| 14609479 | + | Ally Bank, c/o Regina Cohen, Esquire, 190 North Independence Mall West, Suite, 6th and Race Streets, Philadelphia, PA 19106-1554 |
| 14235649 | + | Capone Bank-INT Inve, 456 N. Kimball Place, Boise, ID 83704-0608 |
| 14324421 | | City of Philadelphia, School District of Philadelphia, Law Tax & Revenue Unit, MSB 1401 John F. Kennedy Blvd., 5th Floor Philadelphia, PA 19102 |
| 14235655 | | City of Philadelphia, Philadelphia Parking Authority, Red Light Program, PO Box 742503, Cincinnati, OH 45274-2503 |
| 14244656 | | Commonwealth of PA Dept of Revenue, Bureau of Individual Taxes, Department 280604, Harrisburg, PA 17128-0604 |
| 14235662 | | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 14235667 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14235670 | | Dress Barn, PO Box 71106, Charlotte, NC 28272-1106 |
| 14244671 | | Mattress Firm in Store, PO Box 960061, Orlando, FL 32896-0061 |
| 14235676 | | Mopar Vehicle Protection, Department 77829, PO Box 77000, Detroit, MI 48277-0829 |
| 14235677 | + | OCM GH LLC, PO Box 822969, Philadelphia, PA 19182-2969 |
| 14235678 | | PECO-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14235679 | | Pennsylvania Housing Finance Agency, PO Box 642572, Pittsburgh, PA 15264-2572 |
| 14272593 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14235680 | + | Pennsylvania Turnpike Commision, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 14235681 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14235682 | + | Philadelphia Parking Authority, City of Philadephia/Commonwealth of PA, Red Light Camera Program, 2467 Grant Avenue, Philadelphia, PA 19114-1004 |
| 14235684 | | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 14235685 | + | Reynolds Delivery Service, 2350 Tremont Street, Apt. 209, Philadelphia, PA 19115-5048 |
| 14235686 | | Sam's Club, PO Box 981026, El Paso, TX 79998-1206 |
| 14264082 | + | Santander Consumer USA, Inc., c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3125 |
| 14235688 | + | Stat Imaging @ Aramingo, 3400 Aramingo Avenue, Philadelphia, PA 19134-4513 |
| 14235689 | + | Sychchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14235700 | | Terminex Processing Center, PO Box 742592, Cincinnati, OH 45274-2592 |
| 14235701 | + | Todd L. Baritz, Esquire, 100 South Broad Street, Suite 1205, Philadelphia, PA 19110-1015 |
| 14324420 | | ity of Philadelphia, School District of Philadelphia, Law Tax & Revenue Unit, MSB 1401 John F. Kennedy Blvd., 5th Floor Philadelphia, PA 19102 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0313-2 | User: admin | | Page 2 of 7 |
|---|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | | Total Noticed: 104 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + Email/Text: ally@ebn.phinsolutions.com | Jul 27 2023 07:31:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 07:38:17 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14235642 | Email/Text: amscbankruptcy@adt.com | Jul 27 2023 07:31:00 | ADT Security Services, P.O. Box 371490, Pittsburgh, PA 15250-7490 |
| 14274057 | + Email/Text: amscbankruptcy@adt.com | Jul 27 2023 07:31:00 | ADT Security Services, Inc., 3190 South Vaughn Way, Aurora, CO 80014-3541 |
| 14235643 | Email/Text: bncnotifications@pheaa.org | Jul 27 2023 07:31:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14235646 | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 07:50:31 | AMEX, PO Box 1270, Newark, NJ 07101-1270 |
| 14235645 | Email/Text: ally@ebn.phinsolutions.com | Jul 27 2023 07:31:00 | Ally Bank, Payment Processing Center, PO Box 9001951, Louisville, KY 40290-1951 |
| 14258031 | Email/Text: ally@ebn.phinsolutions.com | Jul 27 2023 07:31:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14247932 | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 07:50:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14235650 | Email/Text: bankruptcy@cashcall.com | Jul 27 2023 07:31:00 | Cashcall, PO Box 66007, Anaheim, CA 92816 |
| 14235651 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 07:50:29 | CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14321706 | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14244654 | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14235658 | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | City of Philadelphia, Department of Streets, PO Box 966, Philadelphia, PA 19105-5090 |
| 14235659 | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14235660 | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14235663 | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 27 2023 07:31:37 | Credit Corp Solutions, 180 Election Road, Suite 200, Draper, UT 84020 |
| 14235664 | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 27 2023 07:31:37 | Credit Corp Solutions, 63 East 11400 South 408, Sandy, UT 84070 |
| 14235647 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 07:38:19 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 14235648 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 07:38:21 | Capital One, PO Box 85167, Richmond, VA 23285-5167 |
| 14257487 | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 07:50:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14263801 | + Email/Text: RASEBN@raslg.com | Jul 27 2023 07:31:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14235653 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-17773-mdc   Doc 132   Filed 07/28/23   Entered 07/29/23 00:29:22   Desc
Imaged Certificate of Notice   Page 3 of 8

| District/off: 0313-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 104 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 27 2023 07:50:30 | Citi, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 14268559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 07:38:19 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14235654 | | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | City & School District of Philadelphia, Law Department-Tax Unit, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14244645 | + | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | City & School District of Philadelphia, Law Department-Tax Unit, Municipal Services Building, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14244647 | | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | City & School District of Philadelphia, Law Department-Tax Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14235657 | | Email/Text: bankruptcy@philapark.org | Jul 27 2023 07:31:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14235656 | + | Email/Text: bankruptcy@philapark.org | Jul 27 2023 07:31:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 14235661 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 07:31:00 | Comenity, PO Box 659728, San Antonio, TX 78265-9728 |
| 14235790 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 27 2023 07:31:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14235668 | | Email/Text: mrdiscen@discover.com | Jul 27 2023 07:31:00 | Discover Finanancial Services, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14235669 | | Email/Text: mrdiscen@discover.com | Jul 27 2023 07:31:00 | Discover Financial Services, P.O. Box 3008, New Albany, OH 43054-3008 |
| 14263455 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2023 07:38:17 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14243084 | | Email/Text: mrdiscen@discover.com | Jul 27 2023 07:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14235671 | | Email/Text: bankruptcydepartment@tsico.com | Jul 27 2023 07:31:00 | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 14235673 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 27 2023 07:38:16 | First Premier, 900 West Delaware Street, Sioux Falls, SD 57104-0347 |
| 14235666 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2023 07:31:00 | Department of Treasury, Internal Revenue Department, Cincinnati, OH 45999-0030 |
| 14235652 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 07:38:19 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14235674 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2023 07:31:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 14246871 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 07:38:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14235675 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 07:38:17 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 14235683 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 07:38:17 | Portfolio Recovery Assoc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14260535 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 07:38:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14235910 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2023 07:38:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14244674 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 07:38:16 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |

Case 18-17773-mdc    Doc 132    Filed 07/28/23    Entered 07/29/23 00:29:22    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0313-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 104 |

| | | | | |
|---|---|---|---|---|
| 14241430 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2023 07:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14275723 | + | Email/Text: blegal@phfa.org | Jul 27 2023 07:31:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14247993 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2023 07:31:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14246726 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 07:31:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14268608 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 07:31:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14235687 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 27 2023 07:31:00 | Santander Consumer USA, PO BOX 105255, Atlanta, GA 30348-5255 |
| 14255628 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 27 2023 07:31:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14235695 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 07:38:17 | Synchrony Bank, PO Box 960009, Orlando, FL 32896-0009 |
| 14235690 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 07:38:17 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14235692 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 07:38:21 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 14235693 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 07:38:21 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14235694 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 07:38:17 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 14235691 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 07:38:17 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14236441 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 07:38:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14235696 | ^ | MEBN | Jul 27 2023 07:30:59 | Synergetic Communications, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 14235699 | | Email/Text: bankruptcy@td.com | Jul 27 2023 07:31:00 | TD Bank, Operations Center, PO Box 219, Lewiston, ME 04243 |
| 14263646 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 07:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14235697 | | Email/Text: bncmail@w-legal.com | Jul 27 2023 07:31:00 | Target Card Services, 3901 West 53rd Street, Sioux Falls, SD 57106-4216 |
| 14235698 | ^ | MEBN | Jul 27 2023 07:30:56 | Tate & Kirlin Associates, 580 Middleton Blvd. Suite 240, Langhorne, PA 19047-1876 |
| 14235702 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 27 2023 07:31:00 | Transworld Systems Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |
| 14235703 | | Email/Text: bankruptcydepartment@tsico.com | Jul 27 2023 07:31:00 | Transworld Sysytems Inc., PO Box 15618, Dept.55, Wilmington, DE 19850-5618 |
| 14235704 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 27 2023 07:31:00 | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |
| 14235705 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 07:38:19 | Wal-Mart, P.O. Box 960023, Orlando, FL 32896-0023 |
| 14235706 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0313-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 104 |

|  |  |  | Jul 27 2023 07:38:19 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
|---|---|---|---|---|
| 14235708 |  | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14235707 |  | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 73

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14244633 | * | ADT Security Services, P.O. Box 371490, Pittsburgh, PA 15250-7490 |
| 14244634 | * | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14244637 | * | AMEX, PO Box 1270, Newark, NJ 07101-1270 |
| 14244632 | *+ | Accounts Recovery Bureau, PO Box 41309, Dept 310, Nashville, TN 37204-1309 |
| 14244631 | * | Accounts Recovery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 14244635 | * | AlliedInterstate, PO Box 1954, Southgate, MI 48195-0954 |
| 14244636 | * | Ally Bank, Payment Processing Center, PO Box 9001951, Louisville, KY 40290-1951 |
| 14244641 | *P++ | CASHCALL INC, 1 CITY BOULEVARD WEST, SUITE 1000, ORANGE CA 92868-3611, address filed with court:, Cashcall, PO Box 66007, Anaheim, CA 92816 |
| 14244642 | *+ | CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14244651 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Department of Streets, PO Box 966, Philadelphia, PA 19105-5090 |
| 14244652 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14244653 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14244658 | *P++ | CREDIT CORP SOLUTIONS INC, 121 W ELECTION RD, SANDY UT 84020-7766, address filed with court:, Credit Corp Solutions, 180 Election Road, Suite 200, Draper, UT 84020 |
| 14244659 | *P++ | CREDIT CORP SOLUTIONS INC, 121 W ELECTION RD, SANDY UT 84020-7766, address filed with court:, Credit Corp Solutions, 63 East 11400 South 408, Sandy, UT 84070 |
| 14244638 | * | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 14244639 | *+ | Capital One, PO Box 85167, Richmond, VA 23285-5167 |
| 14244640 | *+ | Capone Bank-INT Inve, 456 N. Kimball Place, Boise, ID 83704-0608 |
| 14244644 | *+ | Citi, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 14244646 | * | City & School District of Philadelphia, Law Department-Tax Unit, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14244648 | * | City of Philadelphia, Philadelphia Parking Authority, Red Light Program, PO Box 742503, Cincinnati, OH 45274-2503 |
| 14244650 | * | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14244649 | *+ | City of Philadelphia, Parking Violations Branch, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 14244655 | *+ | Comenity, PO Box 659728, San Antonio, TX 78265-9728 |
| 14244657 | * | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 14244663 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Finanancial Services, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14244664 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, P.O. Box 3008, New Albany, OH 43054-3008 |
| 14244662 | * | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14244665 | * | Dress Barn, PO Box 71106, Charlotte, NC 28272-1106 |
| 14244666 | * | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 14244667 | *+ | Evergreen Park Manor, 2350 Tremont Street, Suite 10, Philadelphia, PA 19115-5030 |
| 14244668 | * | First Premier, 900 West Delaware Street, Sioux Falls, SD 57104-0347 |
| 14244661 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of Treasury, Internal Revenue Department, Cincinnati, OH 45999-0030 |
| 14235665 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Department, 600 Arch Street. Room 5200, Philadelphia, PA 19106 |

Case 18-17773-mdc  Doc 132  Filed 07/28/23  Entered 07/29/23 00:29:22  Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0313-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 104 |

| | | |
|---|---|---|
| 14244660 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Department, 600 Arch Street. Room 5200, Philadelphia, PA 19106 |
| 14244643 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14244669 | *+ | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 14453984 | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 14244670 | * | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 14244672 | * | Mopar Vehicle Protection, Department 77829, PO Box 77000, Detroit, MI 48277-0829 |
| 14244673 | *+ | OCM GH LLC, PO Box 822969, Philadelphia, PA 19182-2969 |
| 14244675 | * | PECO-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14244680 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14244676 | * | Pennsylvania Housing Finance Agency, PO Box 642572, Pittsburgh, PA 15264-2572 |
| 14244677 | *+ | Pennsylvania Turnpike Commision, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 14244678 | * | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14244679 | *+ | Philadelphia Parking Authority, City of Philadephia/Commonweath of PA, Red Light Camera Program, 2467 Grant Avenue, Philadelphia, PA 19114-1004 |
| 14244681 | * | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 14244682 | *+ | Reynolds Delivery Service, 2350 Tremont Street, Apt. 209, Philadelphia, PA 19115-5048 |
| 14244683 | * | Sam's Club, PO Box 981026, El Paso, TX 79998-1206 |
| 14244684 | * | Santander Consumer USA, PO BOX 105255, Atlanta, GA 30348-5255 |
| 14244685 | *+ | Stat Imaging @ Aramingo, 3400 Aramingo Avenue, Philadelphia, PA 19134-4513 |
| 14244686 | *+ | Sychchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14244692 | * | Synchrony Bank, PO Box 960009, Orlando, FL 32896-0009 |
| 14244687 | *+ | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14244689 | *+ | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 14244690 | * | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14244691 | *+ | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 14244688 | *+ | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14244693 | *+ | Synergetic Communications, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 14244696 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, Operations Center, PO Box 219, Lewiston, ME 04243 |
| 14244694 | * | Target Card Services, 3901 West 53rd Street, Sioux Falls, SD 57106-4216 |
| 14244695 | *+ | Tate & Kirlin Associates, 580 Middleton Blvd. Suite 240, Langhorne, PA 19047-1876 |
| 14244697 | * | Terminex Processing Center, PO Box 742592, Cincinnati, OH 45274-2592 |
| 14244698 | *+ | Todd L. Baritz, Esquire, 100 South Broad Street, Suite 1205, Philadelphia, PA 19110-1015 |
| 14244699 | *+ | Transworld Systems Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |
| 14244700 | * | Transworld Sysytems Inc., PO Box 15618, Dept.55, Wilmington, DE 19850-5618 |
| 14244701 | *+ | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |
| 14244702 | * | Wal-Mart, P.O. Box 960023, Orlando, FL 32896-0023 |
| 14244703 | *+ | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14244705 | * | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14244704 | * | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14235672 | ##+ | Evergreen Park Manor, 2350 Tremont Street, Suite 10, Philadelphia, PA 19115-5030 |

TOTAL: 0 Undeliverable, 73 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023         Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 7 of 7
Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 104

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL D. SAYLES
on behalf of Joint Debtor Alexis Reynolds midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

MICHAEL D. SAYLES
on behalf of Debtor Ty-Alter Reynolds midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REGINA COHEN
on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| TY-ALTER REYNOLDS | |
| ALEXIS REYNOLDS | |
| Debtor | Bankruptcy No. 18-17773-MDC |

# **O R D E R**

**AND NOW**, this ___20th___ day of ___July___, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL SAYLES, ESQUIRE 427 W CHELTENHAM AV SUITE #2
ELKINS PARK, PA 19027-

Debtor:
TY-ALTER REYNOLDS
ALEXIS REYNOLDS
4662 HORROCKS STREET

PHILADELPHIA, PA 19124