*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ty−Alter Reynolds and
Alexis Reynolds
    Debtor(s)

Case No: 18−17773−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Response to Certification of Default by Creditor PENNSYLVANIA HOUSING FINANCE AGENCY filed by Debtor Ty−Alter Reynolds, Joint Debtor Alexis Reynolds

on: 1/23/24

at: 10:30 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

Date:  12/19/23

For The Court

Timothy B. McGrath
Clerk of Court

140 − 138
Form 167