Certificate Number: 15111-PAE-DE-038422218

Bankruptcy Case Number: 18-17773



15111-PAE-DE-038422218

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 27, 2024</u>, at <u>5:01</u> o'clock <u>PM EDT</u>, <u>Alexis Reynolds</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>April 28, 2024</u>            By: <u>/s/Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>