United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17773-amc |
| Ty-Alter Reynolds | Chapter 13 |
| Alexis Reynolds | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Jun 04, 2024 | Form ID: 138OBJ | Total Noticed: 102 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ty-Alter Reynolds, Alexis Reynolds, 4662 Horrocks Street, Philadelphia, PA 19124-3117 |
| 14235641 | + | Accounts Recovery Bureau, PO Box 41309, Dept 310, Nashville, TN 37204-1309 |
| 14235640 | | Accounts Recovery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 14610248 | + | Ally Bank, c/o Regina Cohen, Esq., Lavin Cedrone Graver Boyd DiSipio, 190 North Independence Mall West, 6th &, Philadelphia, PA 19106-1554 |
| 14609479 | + | Ally Bank, c/o Regina Cohen, Esquire, 190 North Independence Mall West, Suite, 6th and Race Streets, Philadelphia, PA 19106-1554 |
| 14235649 | + | Capone Bank-INT Inve, 456 N. Kimball Place, Boise, ID 83704-0608 |
| 14324421 | | City of Philadelphia, School District of Philadelphia, Law Tax & Revenue Unit, MSB 1401 John F. Kennedy Blvd., 5th Floor Philadelphia, PA 19102 |
| 14235655 | | City of Philadelphia, Philadelphia Parking Authority, Red Light Program, PO Box 742503, Cincinnati, OH 45274-2503 |
| 14244656 | | Commonwealth of PA Dept of Revenue, Bureau of Individual Taxes, Department 280604, Harrisburg, PA 17128-0604 |
| 14235662 | | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 14235667 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14235670 | | Dress Barn, PO Box 71106, Charlotte, NC 28272-1106 |
| 14244671 | | Mattress Firm in Store, PO Box 960061, Orlando, FL 32896-0061 |
| 14235676 | | Mopar Vehicle Protection, Department 77829, PO Box 77000, Detroit, MI 48277-0829 |
| 14235677 | + | OCM GH LLC, PO Box 822969, Philadelphia, PA 19182-2969 |
| 14235678 | | PECO-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14235679 | | Pennsylvania Housing Finance Agency, PO Box 642572, Pittsburgh, PA 15264-2572 |
| 14272593 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14235680 | + | Pennsylvania Turnpike Commision, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 14235681 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14235682 | + | Philadelphia Parking Authority, City of Philadephia/Commonweath of PA, Red Light Camera Program, 2467 Grant Avenue, Philadelphia, PA 19114-1004 |
| 14235684 | | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 14235685 | + | Reynolds Delivery Service, 2350 Tremont Street, Apt. 209, Philadelphia, PA 19115-5048 |
| 14235686 | | Sam's Club, PO Box 981026, El Paso, TX 79998-1206 |
| 14264082 | #+ | Santander Consumer USA, Inc., c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3125 |
| 14235688 | + | Stat Imaging @ Aramingo, 3400 Aramingo Avenue, Philadelphia, PA 19134-4513 |
| 14235689 | + | Sychchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14236441 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14235700 | | Terminex Processing Center, PO Box 742592, Cincinnati, OH 45274-2592 |
| 14235701 | + | Todd L. Baritz, Esquire, 100 South Broad Street, Suite 1205, Philadelphia, PA 19110-1015 |
| 14324420 | | ity of Philadelphia, School District of Philadelphia, Law Tax & Revenue Unit, MSB 1401 John F. Kennedy Blvd., 5th Floor Philadelphia, PA 19102 |

TOTAL: 31

| District/off: 0313-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: 138OBJ | Total Noticed: 102 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14235642 | | Email/Text: amscbankruptcy@adt.com | Jun 05 2024 00:10:00 | ADT Security Services, P.O. Box 371490, Pittsburgh, PA 15250-7490 |
| 14274057 | + | Email/Text: amscbankruptcy@adt.com | Jun 05 2024 00:10:00 | ADT Security Services, Inc., 3190 South Vaughn Way, Aurora, CO 80014-3541 |
| 14235643 | | Email/Text: bncnotifications@pheaa.org | Jun 05 2024 00:09:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14235646 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2024 00:14:46 | AMEX, PO Box 1270, Newark, NJ 07101-1270 |
| 14235644 | ^ | MEBN | Jun 05 2024 00:02:13 | AlliedInterstate, PO Box 1954, Southgate, MI 48195-0954 |
| 14235645 | | Email/Text: ally@ebn.phinsolutions.com | Jun 05 2024 00:09:00 | Ally Bank, Payment Processing Center, PO Box 9001951, Louisville, KY 40290-1951 |
| 14258031 | | Email/Text: ally@ebn.phinsolutions.com | Jun 05 2024 00:09:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14247932 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2024 00:14:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14235650 | | Email/Text: bankruptcy@cashcall.com | Jun 05 2024 00:10:00 | Cashcall, PO Box 66007, Anaheim, CA 92816 |
| 14235651 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2024 00:14:42 | CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14321706 | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14244654 | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14235658 | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City of Philadelphia, Department of Streets, PO Box 966, Philadelphia, PA 19105-5090 |
| 14235659 | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14235660 | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14235663 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 05 2024 00:09:00 | Credit Corp Solutions, 180 Election Road, Suite 200, Draper, UT 84020 |
| 14235664 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 05 2024 00:09:00 | Credit Corp Solutions, 63 East 11400 South 408, Sandy, UT 84070 |
| 14235647 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2024 00:30:56 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 14235648 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2024 00:14:54 | Capital One, PO Box 85167, Richmond, VA 23285-5167 |
| 14257487 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2024 00:14:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14263801 | + | Email/Text: RASEBN@raslg.com | Jun 05 2024 00:09:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14235653 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-17773-amc    Doc 162    Filed 06/06/24    Entered 06/07/24 00:38:36    Desc
Imaged Certificate of Notice    Page 3 of 8

| District/off: 0313-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: 138OBJ | Total Noticed: 102 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 05 2024 00:14:53 | Citi, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 14268559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2024 00:14:37 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14235654 | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City & School District of Philadelphia, Law Department-Tax Unit, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14244645 | + | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City & School District of Philadelphia, Law Department-Tax Unit, Municipal Services Building, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14244647 | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City & School District of Philadelphia, Law Department-Tax Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14235657 | | Email/Text: bankruptcy@philapark.org | Jun 05 2024 00:10:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14235656 | + | Email/Text: bankruptcy@philapark.org | Jun 05 2024 00:10:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 14235661 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2024 00:09:00 | Comenity, PO Box 659728, San Antonio, TX 78265 |
| 14235790 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 05 2024 00:09:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14235668 | | Email/Text: mrdiscen@discover.com | Jun 05 2024 00:09:00 | Discover Finanancial Services, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14235669 | | Email/Text: mrdiscen@discover.com | Jun 05 2024 00:09:00 | Discover Financial Services, P.O. Box 3008, New Albany, OH 43054-3008 |
| 14263455 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 05 2024 00:14:46 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14243084 | | Email/Text: mrdiscen@discover.com | Jun 05 2024 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14235671 | | Email/Text: bankruptcydepartment@tsico.com | Jun 05 2024 00:10:00 | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 14235673 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 05 2024 00:30:51 | First Premier, 900 West Delaware Street, Sioux Falls, SD 57104-0347 |
| 14235666 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2024 00:09:00 | Department of Treasury, Internal Revenue Department, Cincinnati, OH 45999-0030 |
| 14235652 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 05 2024 00:14:39 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14235674 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 05 2024 00:09:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 14246871 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2024 00:14:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14235675 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:30:31 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 14235683 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2024 00:14:45 | Portfolio Recovery Assoc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14260535 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2024 00:14:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14235910 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2024 00:14:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14244674 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:14:36 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |

Case 18-17773-amc   Doc 162   Filed 06/06/24   Entered 06/07/24 00:38:36   Desc
Imaged Certificate of Notice   Page 4 of 8

| District/off: 0313-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: 138OBJ | Total Noticed: 102 |

| | | | | |
|---|---|---|---|---|
| 14241430 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14275723 | + | Email/Text: blegal@phfa.org | Jun 05 2024 00:09:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14247993 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 05 2024 00:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14246726 | | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2024 00:09:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14268608 | + | Email/Text: bncmail@w-legal.com | Jun 05 2024 00:09:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14235687 | | Email/Text: enotifications@santanderconsumerusa.com | Jun 05 2024 00:09:00 | Santander Consumer USA, PO BOX 105255, Atlanta, GA 30348-5255 |
| 14255628 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 05 2024 00:09:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14235695 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:30:17 | Synchrony Bank, PO Box 960009, Orlando, FL 32896-0009 |
| 14235690 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:14:36 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14235692 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:14:52 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 14235693 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:14:36 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14235694 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:14:46 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 14235691 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:14:47 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14236441 | ^ | MEBN | Jun 05 2024 00:02:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14235696 | ^ | MEBN | Jun 05 2024 00:01:54 | Synergetic Communications, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 14235699 | | Email/Text: bankruptcy@td.com | Jun 05 2024 00:09:00 | TD Bank, Operations Center, PO Box 219, Lewiston, ME 04243 |
| 14263646 | + | Email/Text: bncmail@w-legal.com | Jun 05 2024 00:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14235697 | | Email/Text: bncmail@w-legal.com | Jun 05 2024 00:09:00 | Target Card Services, 3901 West 53rd Street, Sioux Falls, SD 57106-4216 |
| 14235698 | ^ | MEBN | Jun 05 2024 00:01:41 | Tate & Kirlin Associates, 580 Middleton Blvd. Suite 240, Langhorne, PA 19047-1876 |
| 14235702 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 05 2024 00:10:00 | Transworld Systems Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |
| 14235703 | | Email/Text: bankruptcydepartment@tsico.com | Jun 05 2024 00:10:00 | Transworld Sysytems Inc., PO Box 15618, Dept.55, Wilmington, DE 19850-5618 |
| 14235704 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 05 2024 00:09:00 | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |
| 14235705 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:14:44 | Wal-Mart, P.O. Box 960023, Orlando, FL 32896-0023 |
| 14235706 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: 138OBJ | Total Noticed: 102 |

| | Jun 05 2024 00:14:52 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
|---|---|---|
| 14235708 Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14235707 Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 72

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14244633 | * | ADT Security Services, P.O. Box 371490, Pittsburgh, PA 15250-7490 |
| 14244634 | * | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14244637 | * | AMEX, PO Box 1270, Newark, NJ 07101-1270 |
| 14244632 | *+ | Accounts Recovery Bureau, PO Box 41309, Dept 310, Nashville, TN 37204-1309 |
| 14244631 | * | Accounts Recovery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 14244635 | * | AlliedInterstate, PO Box 1954, Southgate, MI 48195-0954 |
| 14244636 | * | Ally Bank, Payment Processing Center, PO Box 9001951, Louisville, KY 40290-1951 |
| 14244641 | *P++ | CASHCALL INC, 1 CITY BOULEVARD WEST, SUITE 1000, ORANGE CA 92868-3611, address filed with court:, Cashcall, PO Box 66007, Anaheim, CA 92816 |
| 14244642 | *+ | CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14244651 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Department of Streets, PO Box 966, Philadelphia, PA 19105-5090 |
| 14244652 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14244653 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14244658 | *P++ | CREDIT CORP SOLUTIONS INC, 121 W ELECTION RD, SANDY UT 84020-7766, address filed with court:, Credit Corp Solutions, 180 Election Road, Suite 200, Draper, UT 84020 |
| 14244659 | *P++ | CREDIT CORP SOLUTIONS INC, 121 W ELECTION RD, SANDY UT 84020-7766, address filed with court:, Credit Corp Solutions, 63 East 11400 South 408, Sandy, UT 84070 |
| 14244638 | * | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 14244639 | *+ | Capital One, PO Box 85167, Richmond, VA 23285-5167 |
| 14244640 | *+ | Capone Bank-INT Inve, 456 N. Kimball Place, Boise, ID 83704-0608 |
| 14244644 | *+ | Citi, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 14244646 | * | City & School District of Philadelphia, Law Department-Tax Unit, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14244648 | * | City of Philadelphia, Philadelphia Parking Authority, Red Light Program, PO Box 742503, Cincinnati, OH 45274-2503 |
| 14244650 | * | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14244649 | *+ | City of Philadelphia, Parking Violations Branch, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 14244655 | * | Comenity, PO Box 659728, San Antonio, TX 78265 |
| 14244657 | * | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 14244663 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Finanancial Services, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14244664 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, P.O. Box 3008, New Albany, OH 43054-3008 |
| 14244662 | * | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14244665 | * | Dress Barn, PO Box 71106, Charlotte, NC 28272-1106 |
| 14244666 | * | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 14244667 | *+ | Evergreen Park Manor, 2350 Tremont Street, Suite 10, Philadelphia, PA 19115-5030 |
| 14244668 | * | First Premier, 900 West Delaware Street, Sioux Falls, SD 57104-0347 |
| 14244661 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of Treasury, Internal Revenue Department, Cincinnati, OH 45999-0030 |
| 14235665 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Department, 600 Arch Street. Room 5200, Philadelphia, PA 19106 |
| 14244660 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Department, 600 Arch Street. Room 5200, |

Case 18-17773-amc   Doc 162   Filed 06/06/24   Entered 06/07/24 00:38:36   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0313-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: 138OBJ | Total Noticed: 102 |

| | | |
|---|---|---|
| | | Philadelphia, PA 19106 |
| 14244643 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14244669 | *+ | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 14453984 | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 14244670 | * | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 14244672 | * | Mopar Vehicle Protection, Department 77829, PO Box 77000, Detroit, MI 48277-0829 |
| 14244673 | *+ | OCM GH LLC, PO Box 822969, Philadelphia, PA 19182-2969 |
| 14244675 | * | PECO-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14244680 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14244676 | * | Pennsylvania Housing Finance Agency, PO Box 642572, Pittsburgh, PA 15264-2572 |
| 14244677 | *+ | Pennsylvania Turnpike Commision, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 14244678 | * | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14244679 | *+ | Philadelphia Parking Authority, City of Philadephia/Commonweath of PA, Red Light Camera Program, 2467 Grant Avenue, Philadelphia, PA 19114-1004 |
| 14244681 | * | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 14244682 | *+ | Reynolds Delivery Service, 2350 Tremont Street, Apt. 209, Philadelphia, PA 19115-5048 |
| 14244683 | * | Sam's Club, PO Box 981026, El Paso, TX 79998-1206 |
| 14244684 | * | Santander Consumer USA, PO BOX 105255, Atlanta, GA 30348-5255 |
| 14244685 | *+ | Stat Imaging @ Aramingo, 3400 Aramingo Avenue, Philadelphia, PA 19134-4513 |
| 14244686 | *+ | Sychchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14244692 | * | Synchrony Bank, PO Box 960009, Orlando, FL 32896-0009 |
| 14244687 | *+ | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14244689 | *+ | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 14244690 | * | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14244691 | *+ | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 14244688 | *+ | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14244693 | *+ | Synergetic Communications, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 14244696 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, Operations Center, PO Box 219, Lewiston, ME 04243 |
| 14244694 | * | Target Card Services, 3901 West 53rd Street, Sioux Falls, SD 57106-4216 |
| 14244695 | *+ | Tate & Kirlin Associates, 580 Middleton Blvd. Suite 240, Langhorne, PA 19047-1876 |
| 14244697 | * | Terminex Processing Center, PO Box 742592, Cincinnati, OH 45274-2592 |
| 14244698 | *+ | Todd L. Baritz, Esquire, 100 South Broad Street, Suite 1205, Philadelphia, PA 19110-1015 |
| 14244699 | *+ | Transworld Systems Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |
| 14244700 | * | Transworld Sysytems Inc., PO Box 15618, Dept.55, Wilmington, DE 19850-5618 |
| 14244701 | *+ | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |
| 14244702 | * | Wal-Mart, P.O. Box 960023, Orlando, FL 32896-0023 |
| 14244703 | *+ | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14244705 | * | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14244704 | * | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14235672 | ##+ | Evergreen Park Manor, 2350 Tremont Street, Suite 10, Philadelphia, PA 19115-5030 |

TOTAL: 0 Undeliverable, 72 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024            Signature:        /s/Gustava Winters

District/off: 0313-2          User: admin          Page 7 of 7
Date Rcvd: Jun 04, 2024      Form ID: 138OBJ      Total Noticed: 102

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL D. SAYLES | on behalf of Joint Debtor Alexis Reynolds midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| MICHAEL D. SAYLES | on behalf of Debtor Ty-Alter Reynolds midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ty−Alter Reynolds and Alexis Reynolds

        Debtor(s)               Case No: 18−17773−amc

                                  Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/4/24

                                                                      161 − 151
                                                                  Form 138OBJ